IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01965-PAB-MJW

CHARLES PERROTTI

Plaintiff,

v.

D. MCQUEEN, Douglas County Deputy Sheriff, Individually in his Official Capacity,

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED February 9, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01965-PAB-MJW

Charles Perrotti
Prisoner No. 149921
Indio-Riverside Jail
82-675 Highway 111
Indio, CA 92201

US Marshal Service
Service Clerk
Service forms for: D. McQueen

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on D. McQueen: AMENDED COMPLAINT FILED 11/12/10, ORDER FILED 1/31/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 2/10/11 .

GREGORY C. LANGHAM, CLERK

By:_____
                       Deputy Clerk