IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01965-PAB-MJW

CHARLES PERROTTI,

Plaintiff,

v.

D.  MCQUEEN, Douglas County Deputy Sheriff,

Defendant.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby **ORDERED** that the plaintiff's "Order to Preserve Video Evidence" (Docket No. 41), which this court has construed as a motion, is denied.  Plaintiff appears to be asking this court to enter an order directing the Douglas County Jail - Sheriff's Department to preserve video evidence.  The Douglas County Jail - Sheriff's Office, however, is not a party in this action.  Therefore, plaintiff's motion is denied.

Date: May 19, 2011