IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01965-PAB-MJW

CHARLES PERROTTI,

Plaintiff,

v.

D. MCQUEEN, Douglas County Deputy Sheriff,

Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2011

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING SERVICE UPON DEFENDANT McQUEEN

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

Plaintiff has provided the court with the following purported address for defendant Daniel L. McQueen: 4135 Country View Way, Castle Rock, CO 80104. (See Docket No. 44). Based upon this information it is hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant McQueen. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint and summons upon defendant McQueen at the alleged address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant McQueen or his counsel shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date:  August 22, 2011
       Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01965-PAB-MJW

Charles Perrotti
Prisoner No. 149921
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

US Marshal Service
Service Clerk
Service forms for: D. McQueen

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on D. McQueen: AMENDED COMPLAINT FILED 11/12/10, ORDER FILED 1/31/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/22/11.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk