# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:**  10-cv-01965-PAB-MJW | FTR - Courtroom A-502 |
| **Date:**  May 15, 2012 | Courtroom Deputy:  Nel Steffens |
| CHARLES PERROTTI, | Mark Burton |
| Plaintiff, | |
| v. | |
| D. McQUEEN, OSN 0847, Douglas County Deputy, Individually in his official capacity, | Without counsel |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:    SHOW CAUSE HEARING**
**Court in session: 11:01 a.m.**
Court calls case.  Appearance of counsel.

Court inquires whether plaintiff has served the defendant.  Mr. Burton states that he has just entered his appearance in this case last week and that currently defendant's whereabouts are unknown.  Mr. Burton states that he believes defendant is no longer employed by Douglas County Sheriff's Office.

**It is ORDERED:**    Plaintiff's Motion to Amend Complaint [Doc. No. 58, filed 05/10/2012] is **GRANTED.**  Amended Complaint shall be filed by **May 21, 2012**.  Defendant D. McQueen shall then be served forthwith; once service is completed, the Show Cause Hearing will be vacated.

**It is ORDERED:**    A Rule 16 Scheduling Conference/Show Cause Hearing is set for **July 16, 2012, at 9:30 a.m.**  Parties shall file a Proposed Scheduling Order by **July 11, 2012**.  Plaintiff shall notify defendant of the date and time of the Rule 16 Scheduling Conference/Show Cause Hearing.

Court advises the plaintiff that since he is now represented by counsel, he need not appear at the Scheduling Conference/Show Cause Hearing.

HEARING CONCLUDED.

**Court in recess:   11:08 a.m.**
Total in-court time: 7 minutes

To order a transcript of this proceeding, contact  Avery Wood Reports at (303) 825-6119  or Toll Free  1-800-962-3345.