**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01965-PAB-MJW

CHARLES PERROTTI,

    Plaintiff,

v.

D. MCQUEEN, Douglas County Deputy Sheriff,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation of Judge (Doc #66) by Philip A. Brimmer entered on December 20, 2012 it is

ORDERED that all claims against defendant D. McQueen are dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.L.CivR 41.1; and Plaintiff Charles Perrotti recovers nothing.

Dated at Denver, Colorado this 21st day of December, 2012.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    ―――――――――――――――――
    Edward P. Butler
    Deputy Clerk